# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00290-CR

**Michael George Emack, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF SCHLEICHER COUNTY, 51ST JUDICIAL DISTRICT NO. 998, HONORABLE BARBARA L. WALTHER, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Michael George Emack pleaded no contest to an indictment accusing him of bigamy. *See* Tex. Penal Code Ann. § 25.01 (West 2011). The district court adjudged him guilty and assessed punishment at seven years' imprisonment, as called for in a plea bargain agreement. Appellant brings forward twenty-one points urging that the trial court erred by overruling his pretrial motion to suppress evidence.

This appeal is a companion to appellant's appeal of his sexual assault conviction in *Emack v. State*, No. 03-10-00253-CR (Tex. App.—Austin Aug. 26, 2011, no pet. h.). The issues raised and the arguments made are identical in both causes. For the reasons stated in our opinion in cause number 03-10-00253-CR, we overrule appellant's points of error and affirm the judgment of conviction.

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Henson and Goodwin

Affirmed

Filed:   August 26, 2011

Do Not Publish